United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE NVIDIA CORP., and NVIDIA U.S. INVESTMENT COMP.,<br><br>  Petitioners and Real Parties in Interest,<br><br>v.<br><br>U.S. BANKRUPTCY COURT FOR THE NORTHEN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION,<br><br>  Respondent,<br><br>and<br><br>WILLIAM A. BRAND, JR., Trustee,<br><br>  Real Party in Interest.<br>_____/ | NO. C 06-MC-80195 JW<br><br>**ORDER SETTING ORAL ARGUMENTS ON NVIDIA'S PETITION FOR WRIT OF MANDAMUS RE: CRIME FRAUD ORDER** |

The Court sets a hearing on nVidia's Petition for Writ of Mandamus re: Crime Fraud Order for **Wednesday, November 15, 2006 at 10 a.m.**

Dated: November 1, 2006

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

1
2
3  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**
4  jkramer@orrick.com
   rdarwin@buchalter.com
5  United States Bankruptcy Court
   280 South First Street, 3rd Floor
6  San Jose, CA 95113
7
8  **Dated: November 1, 2006**                            **Richard W. Wieking, Clerk**
9
10                                                        **By:   /s/ JW Chambers**
                                                               **Elizabeth Garcia**
11                                                             **Courtroom Deputy**
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28